IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re *Ex Parte* Application, Under 28 U.S.C. § 1782, of Public Joint Stock Company National Bank Trust,<br><br>Petitioner. | 23-mc-00006-PGG<br><br>Judge Paul G. Gardephe |

**CORPORATE DISCLOSURE STATEMENT**

<u>**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**</u>

Pursuant to Federal Rule of Civil Procedure 7.1(a), Cargill, Incorporated states as follows:

Cargill, Incorporated has no parent corporation and no publicly held corporation owns 10 percent or more of its stock.

Dated: March 14, 2023

Respectfully Submitted,

/s/ Daniel L. Stein
Daniel L. Stein
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007
daniel.stein@weil.com

*Counsel for Cargill, Incorporated*