Evan Glassman
+1 212 506-3909 direct
eglassman@steptoe.com



1114 Avenue of the Americas
New York, NY  10036-7703
212 506 3900 main
www.steptoe.com

August 1, 2023

**Via ECF**

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *In Re* **Ex Parte** *Application, Under 28 U.S.C. § 1782, of Public Joint Stock Company National Bank Trust*, **Case No. 23-mc-00006-PGG**
>
> *Cargill, Incorporated v. Public Joint Stock Company National Bank Trust*, **Case No. 23-mc-00134-PGG**

Dear Judge Gardephe:

This firm represents Public Joint Stock Company National Bank Trust ("NBT") in the above-captioned matters. We write jointly, with the consent of Louis Dreyfus Company Suisse SA, Louis Dreyfus Company Asia PTE Ltd., and Louis Dreyfus Company Trading & Service Co. SA (collectively, "Louis Dreyfus") and Cargill, Incorporated ("Cargill"), pursuant to the Court's July 26, 2023 orders. (Case No. 23-mc-6, ECF 29; Case No. 23-mc-134, ECF 31.)

The parties have no objection to the consolidation of these cases for resolution of the parties' pending motions.

We are grateful for Your Honor's consideration in these matters.

Respectfully submitted,

*Evan Glassman*

Evan Glassman

CC: Counsel of Record