Evan Glassman
+1 212 506-3909 direct
eglassman@steptoe.com



1114 Avenue of the Americas
New York, NY  10036-7703
212 506 3900 main
www.steptoe.com

August 1, 2023

**Via ECF**

Hon. Paul G. Gardephe
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *In Re* Ex Parte *Application, Under 28 U.S.C. § 1782, of Public Joint Stock Company National Bank Trust*, Case No. 23-mc-00006-PGG

*Cargill, Incorporated v. Public Joint Stock Company National Bank Trust*, Case No. 23-mc-00134-PGG

Dear Judge Gardephe:

This firm represents Public Joint Stock Company National Bank Trust ("NBT") in the above-captioned matters. We write jointly, with the consent of Louis Dreyfus Company Suisse SA, Louis Dreyfus Company Asia PTE Ltd., and Louis Dreyfus Company Trading & Service Co. SA (collectively, "Louis Dreyfus") and Cargill, Incorporated ("Cargill"), pursuant to the Court's July 26, 2023 orders. (Case No. 23-mc-6, ECF 29; Case No. 23-mc-134, ECF 31.)

The parties have no objection to the consolidation of these cases for resolution of the parties' pending motions.

We are grateful for Your Honor's consideration in these matters.

Respectfully submitted,

Evan Glassman

CC: Counsel of Record

**MEMO ENDORSED:  :  The actions bearing docket numbers 23 Misc. 134 (PGG) and 23 Misc. 6 (PGG) (the "consolidated cases") shall be consolidated pursuant to Fed. R. Civ. P. 42.  The actions shall be referred to collectively as <u>In re Public Joint Stock Company National Bank Trust Section 1782 Action</u>, No. 23 Misc. 134 (PGG).  Unless otherwise ordered, future filings shall be filed and docketed only under docket number 23 Misc. 134 (PGG).  All counsel who have entered appearances in the consolidated cases shall be deemed to have entered an appearance in case number 23 Misc. 134 (PGG).  The parties to case number 23 Misc. 6 are directed to refile any pending motions and supporting papers on the public docket in case number 23 Misc. 134.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 13 in case no. 23 Misc. 6.**

SO ORDERED.

_____

Paul G. Gardephe
United States District Judge

 Date:  August 9, 2023