UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re PUBLIC JOINT STOCK COMPANY NATIONAL BANK TRUST SECTION 1782 ACTION | **ORDER**<br><br>23 Misc. 134 (PGG)<br>23 Misc. 6 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Petitioner is directed to submit to the Court by **February 10, 2026, at 5:00 p.m.**

the following documents:

1. the statement of Claim Petitioner filed to initiate the court proceedings in the British Virgin Islands;

2. the decision issued by the Commercial Division of the High Court of Justice in the British Virgin Islands on November 22, 2025;

3. two orders issued by the Eastern Caribbean Court of Appeals on December 22, 2025 (See Dec. 23, 2025 Dreyfus Ltr. (Dkt. No. 63) at 1);

4. any other rulings or decisions issued in the British Virgin Islands court proceeding that address jurisdiction over the dispute between Petitioner, Cargill, Inc., and the Dreyfus Entities.

Dated: New York, New York
       February 9, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge